```
1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2
```

**FILED**

2008 AUG 18 P 12: 02

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

E-FILING

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-08 00550-MAG |
| Plaintiff, | VIOLATIONS: 18 U.S.C. § 13, assimilating Cal. Veh. Code § 23152(a) - Driving Under the Influence (Class B misdemeanor); 18 U.S.C. § 13, assimilating Cal. Veh. Code § 23152(b) - Driving with Blood Alcohol Percentage of 0.08 or More (Class B Misdemeanor) |
| v. | |
| FRANCISCO NAVALEZ DURAN, | |
| Defendant. | |
| | SAN JOSE VENUE |

INFORMATION

The United States Attorney charges:

COUNT ONE: (18 U.S.C. § 13, assimilating Cal. Vehicle Code § 23152(a) - Driving Under the Influence)

On or about July 19, 2008, at the NASA Ames Research Center in the County of Santa Clara, and in the Northern District of California, an area within the special maritime and territorial jurisdiction of the United States, the defendant,

FRANCISCO NAVALEZ DURAN,

did operate a motor vehicle while under the influence of alcohol, in violation of Title 18, United States Code, Section 13, assimilating California Vehicle Code Section 23152(a), a Class B

**INFORMATION**

1 | misdemeanor.

2 | COUNT TWO: (18 U.S.C. § 13, assimilating Cal. Vehicle Code § 23152(b) - Driving with
3 | Blood Alcohol Percentage of 0.08 or More)

4 | On or about July 19, 2008, at the NASA Ames Research Center in the County of Santa
5 | Clara, and in the Northern District of California, an area within the special maritime and
6 | territorial jurisdiction of the United States, the defendant,

7 | FRANCISCO NAVALEZ DURAN,

8 | did operate a motor vehicle while having 0.08 percent or more, by weight, of alcohol in his
9 | blood, in violation of Title 18, United States Code, Section 13, assimilating California Vehicle
10 | Code, Section 23152(b), a Class B misdemeanor.

12 | DATED: 7/31/2008

JOSEPH P. RUSSONIELLO
United States Attorney

DAVID R. CALLAWAY
Deputy Chief, San Jose Branch Office

17 | (Approved as to form: _____ )
18 | TIFFANY DAY
   | Law Clerk

**INFORMATION**              -2-

AO 257 (Rev. 6/78)

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

**BY:** ☐ COMPLAINT ☑ INFORMATION ☐ INDICTMENT ☑ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

## OFFENSE CHARGED

18 U.S.C. § 13, assimilating CA Penal Code § 23152(a) - Driving Under the Influence of Alcohol; 18 U.S.C. § 13, assimilating CA Penal Code § 23152(b) - Driving with a BAC of 0.08 Percent or More

☐ Petty
☐ Minor
☑ Misdemeanor
☐ Felony

**PENALTY:**
Both Counts: 6 months imprisonment, $1,000 fine, $10 special assessment

**DEFENDANT - U.S.**
FRANCISCO NAVALEZ DURAN

FILED
2008 AUG 18 P 12:03
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

**DISTRICT COURT NUMBER**
CR-08 00550-MAG

## PROCEEDING

**Name of Complaintant Agency, or Person (&Title, if any)**
NASA - SPECIAL AGENT DIRK MEIER

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of: ☐ U.S. Att'y ☐ Defense    SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under    MAGISTRATE CASE NO.

**Name and Office of Person Furnishing Information on THIS FORM**  JOSEPH P. RUSSONIELLO
☑ U.S. Att'y ☐ Other U.S. Agency

**Name of Asst. U.S. Att'y (if assigned)**  Susan Knight

## DEFENDANT

**IS NOT IN CUSTODY**
1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▸ _____
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)
NDCA

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges    ☐ Fed'l ☐ State

If answer to (6) is "Yes", show name of institution _____

Has detainer been filed?  ☐ Yes  ☐ No   If "Yes" give date filed _____

**DATE OF ARREST** ▸ Month/Day/Year _____
Or... if Arresting Agency & Warrant were not
**DATE TRANSFERRED TO U.S. CUSTODY** ▸ Month/Day/Year _____

☐ This report amends AO 257 previously submitted

## ADDITIONAL INFORMATION OR COMMENTS

**PROCESS:**
☑ SUMMONS ☐ NO PROCESS* ☐ WARRANT    Bail Amount: _____

If Summons, complete following:
☑ Arraignment ☑ Initial Appearance

**Defendant Address:**
1981 Edgeview Drive
San Jose, CA 95122
(CASE AGENT WILL SERVE SUMMONS)

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: September 25, 2008 @ 9:30am
Before Judge: The Honorable Richard Seeborg

Comments: