Law Offices of Lawrence Taylor, Inc.
Robert Tayac (SBN 173134)
Nors Davidson (SBN 220397)
600 Montgomery Street, Suite 210
San Francisco, CA 94111
415-552-6000
415-552-6099 (facsimile)

Attorneys for Defendant
**FRANCISCO DURAN**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.: CR-08-00550-PVT |
| | ) |
| Plaintiff | ) **STIPULATION TO ALLOW TRAVEL** |
| | ) **OUTSIDE THE STATE OF CALIFORNIA** |
| | ) |
| vs. | ) Dept.: 5 |
| | ) Date:  November 6, 2008 |
| | ) Time:  9:30 a.m. |
| | ) Judge: Hon. Patricia Trumbell |
| FRANCISCO DURAN, | ) Trial: TBD |
| | ) |
| Defendant. | ) |
| | ) |

IT IS HEREBY STIPULATED:

1.   Defendant FRANCISCO DURAN requests permission to travel outside the state of California to Tempe, Arizona, for business related purposes, for a set period of time beginning Sunday, October 26, 2008, and lasting until Friday, October 31, 2008.

2.   Pre-Trial Services has been notified of this travel

arrangement and Pre-Trial Services Officer Laura Weigel had no objections to said travel arrangement.

3. The United States Attorney's Office has been notified of this travel arrangement and Assistant United States Attorney Susan Knight had no objections to said travel arrangement.

It is so stipulated by:

/s/ Robert Tayac
_____
Robert Tayac
Attorney for Defendant Francisco Duran
Dated: October 23, 2008

**IT IS SO ORDERED:**
The request for travel outside of the Northern District is GRANTED as stipulated.

_____
Judge James Ware for Magistrate Judge Patricia V. Trumbull
Dated: October 23, 2008